No. 74–979.  TWOMEY, WARDEN, ET AL. *v.* WRIGHT. C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari  denied.  ■

No. 74–719.  NEALE ET VIR *v.* HAYDUK ET AL., *ante,* p. 915; and

No. 74–5568.  GARCIA *v.* UNITED STATES, *ante,* p. 960. Petitions for rehearing denied.

No. 74–5347.  WARD *v.* GRIGGS, INSTITUTION SUPERINTENDENT, ET AL., *ante,* p. 930;

No. 74–5348.  WARD *v.* GRIGGS, INSTITUTION SUPERINTENDENT, *ante,* p. 930;

No. 74–5459.  WARD *v.* GRIGGS, INSTITUTION SUPERINTENDENT, *ante,* p. 930; and

No. 74–5510.  ORAND *v.* UNITED STATES, *ante,* p. 931. Petitions for rehearing denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.